710

139 So.2d 355

Frank J. LINDSAY

v.

STATE.

3 Div. 997.

Supreme Court of Alabama.

March 22, 1962.

Certiorari to Court of Appeals.

E. C. Boswell, Geneva, and Kingman C. Shelburne and Geo. E. Trawick, Birmingham, for petitioner.

MacDonald Gallion, Atty. Gen., and Jerry L. Coe, Asst. Atty. Gen., opposed.

LIVINGSTON, Chief Justice.

Petition of Frank J. Lindsay for Certiorari to the Court of Appeals to review and revise the judgment and decision in Lindsay v. State, 139 So.2d 353 (3 Div. 94).

Writ denied.

LAWSON, MERRILL and COLEMAN, JJ., concur.

139 So.2d 126

John Winston LIVINGSTON

v.

STATE.

6 Div. 814.

Supreme Court of Alabama.

Feb. 1, 1962.

Rehearing Denied March 29, 1962.

Rowan S. Bone, Gadsden, for petitioner.

MacDonald Gallion, Atty. Gen., and Jerry L. Coe, Asst. Atty. Gen., opposed.

SIMPSON, Justice.

Petition of John Winston Livingston for certiorari to the Court of Appeals to review and revise the judgment and decision in Livingston v. State, Ala.App., 139 So.2d 119 (6 Div. 828).

Writ denied.

LIVINGSTON, C. J., and GOODWYN and COLEMAN, JJ., concur.

143 So.2d 186

William McCURDY

v.

STATE.

5 Div. 761.

Supreme Court of Alabama.

June 21, 1962.

Certiorari to Court of Appeals.

MacDonald Gallion, Atty. Gen., Bernard F. Sykes, Asst. Atty. Gen., and John F. Ingram, Legal Research Aide, Montgomery, for petitioner.

Walker & Hill, Opelika, opposed.

COLEMAN, Justice.

Petition of the State by its Attorney General for certiorari to the Court of Appeals to review and revise the judgment and decision in McCurdy v. State, 143 So.2d 185.

Writ denied.

LIVINGSTON, C. J., and LAWSON and GOODWYN, JJ., concur.